IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH SETTLES, II | : | NO. 17-121-1 |

## O R D E R

**AND NOW**, this 28th day of February, 2018, upon consideration of Defendant Kenneth Settles's Motion to Join Pre-Trial Motion in Limine (Doc. No. 83) of co-defendants, it is hereby **ORDERED** that the Motion is **GRANTED,** and the defendant, is permitted to join in the Pre-Trial Motion in Limine filed by co-defendant Abdullah McLaughlin and adopt said Motion as it may be applicable to him.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge